*April 8, 2002*

## MOTION AND PROCEDURAL RULINGS

**01–1957.   Robson v. Allstate Ins. Co.**
Delaware App. No. 01CAE03007. This cause is pending before the court as an appeal from the Court of Appeals for Delaware County. Upon consideration of appellant's motion not to dismiss appeal and proceed with consideration of merits,

IT IS ORDERED by the court that the motion be, and hereby is, granted.

IT IS FURTHER ORDERED by the court, *sua sponte*, that appellee shall file a merit brief within twenty days of the date of this entry and appellant may file a reply brief within fifteen days after the filing of appellee's brief.

## MISCELLANEOUS DISMISSALS

**01–1740.   State v. Hutton.**
Cuyahoga App. No. 79916. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**01–2224.   State ex rel. Lusk v. Indus. Comm.**
Franklin App. No. 00AP–1450. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.